UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ 1st _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☒ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Carlos A Paguada     JOINT DEBTOR: _____ CASE NO.: 14-25149-LMI
Last Four Digits of SS# 2948 _____ Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.  $376.08 for months __1__ to __60__; Trustee's fee; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 0 _____ TOTAL PAID $ 0 _____
Balance Due    $____0____ payable $ 0 ____ /month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

| A. Leeward at Island at Doral Home Owner Association | Arrearage on Petition Date $ 20,953.77 | |
|---|---|---|
| Address: 201 Alhambra Circle Floor #11 | Arrears Payment: **See Strip box** | Month (Months) 1 t0 60 |
| Coral Gables, 33134 | Regular Payment: $ 227.00 | Month (Months) 1 t0 60 |
| Account No: 14-9965 CA 32 | | |
| B. FisrtService Residential Home Owner Association | Arrearage on Petition Date $ 5,578.74 | |
| Address: 3300 TGA Blvr #430 | Arrears Payment: **See Strip Box** | Month (Months) 1 t0 60 |
| Palm Beach Gardens, FL 33410 | Regular Payment: $ 89.22 | Month (Months) 1 t0 60 |
| Account No: 11-0993 CA 05 | | |
| C. Wells Fargo Dear Serv | Arrearage on Petition Date $ 13445.76 | |
| Address: Dennis LeVine & Associates, P.A. | Arrears Payment: **See Strip Box** | Month (Months) **See Strip Box** |
| P.O. Box 707 | | |
| Tampa, FL 33601-0707 | Regular Payment: $ 252.83 | Month (Months) **See Strip Box** |
| Account No: 9381685908 | | |

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| A. Leeward at Island at Doral Home Owner Association | Homestead Exemption. Value is 186,750 on The Miami Dade County Property Appraiser website. We owe $430,104.81 on the loan modification. | 0% | $227 | 1 | 60 |
| B. FisrtService Residential Home Owner Association master | Homestead Exemption. Value is 186,750 on The Miami Dade County Property Appraiser website. We owe $430,104.81 on the loan modification. | 0% | $89.22 | 1 | 60 |
| C. Wells Fargo Dear Serv Att: Dennis LeVine & Associates, P.A. | Car Loan. Value on Car Max is $8,000. Balance due $ 13644.76 to be pay in 72 months term. I am not late with the monthly payment. | 2+4.25 | $13,644.76 Pay out of the plan | 1 | 60 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1. none _____ Total Due $_____
   Payable    $_____ /month (Months ____ to ____) Regular Payment $_____
2. none _____ Total Due $_____
   Payable    $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $ 22.25 _____ /month (Months 1 ____ to 60 ____).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*/s/ Carlos Paguada*

Debtor
Date: 11-14-14                                  Joint Debtor
                                                Date: _____

LF-31 (rev. 01/08/10)